JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FEDERICO CRUZ ALVERDIN,

          Petitioner,

     v.

WARDEN, DESERT VIEW FACILITY, et al.,

          Respondents.

Case No. 5:26-cv-00333-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's Third Claim for Relief regarding violation of 8 U.S.C. § 1226(a) and Respondents are enjoined from continuing to detain Petitioner unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

DATED: February 11, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2